UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

C&C OFFSET PRINTING CO. (USA), INC.,

    Plaintiff,

-vs-

LONE PINE PUBLISHING COMPANY,

    Defendant.

AMAZON.COM, INC.,

    Garnishee Defendant

2:20-mc-00020 RSL

Case No. MS160050

**APPLICATION FOR WRIT OF GARNISHMENT**

As the attorney for the above-named Plaintiff, I make this Application for a Writ of Garnishment on Plaintiff's behalf against Defendant/Judgment Debtor Lone Pine Publishing Company ("Defendant"). The facts are as follows:

1. On May 11, 2015, Plaintiff obtained a default judgment (the "Judgment") against Defendant in the total amount of $98,808.99. The Judgment was entered in the United States District Court, District of Oregon. On or about April 25, 2016, the Judgment was registered in this Court.

2. On or about August 7, 2019, in Cause No. 2:19-mc-00102 RSL, Plaintiff obtained a writ of garnishment to serve on Garnishee Defendant Amazon.com, Inc. ("Garnishee"). On October 3, 2019, Garnishee filed an amended answer stating it was holding

APPLICATION FOR WRIT OF GARNISHMENT
Page 1 of 3
\\LFSERVER\Freds Files\Clients\331-340\60335\GARNISHMENT-MARCH 2020\APPLICATION.FOR WRIT OF GARNISHMENT.wpd

FINKELSTEIN LAW OFFICE, PLLC
2208 NW Market Street, Suite 407
Seattle, Washington 98107
(206) 587-2332

$9,520.62 in connection with the writ of garnishment. On November 1, 2019, the Court entered judgment against Garnishee in the amount of $9,520.62. On or about February 12, 2020, Plaintiff received this $9,520.62 from Garnishee.

3. Plaintiff is now owed $95,004.43 under the Judgment. This consists of:

| | |
|---|---|
| Judgment Amount: | $98,808.99 |
| Post-Judgment Interest (5/11/15 - 7/31/19): | $ 5,436.06 |
| Costs Awarded by the Court (11/1/19 Order) | $   280.00 |
| Payment by Garnishee Defendant | $<9,520.62> |
| Amount Owed on Judgment | $95,004.43 |

4. Plaintiff is entitled to $1,288.74 in additional post-judgment interest and costs. This consists of:

| | |
|---|---|
| Post-Judgment Interest (8/1/19 - 2/21/20) | $   861.74 |
| Filing Fee | $    47.00 |
| Estimated Service and Affidavit Fee: | $   100.00 |
| Postage and Costs of Certified Mailing: | $    10.00 |
| Answer Fee: | $    20.00 |
| Garnishment Attorney Fees: | $   250.00 |

5. Plaintiff has reason to believe and does believe that Garnishee is indebted to Defendant in amounts exceeding those exempt from garnishment by any state or federal law, or that Garnishee has possession or control of property or effects belonging to Defendant which are not exempt from garnishment by any state or federal law.

6. Garnishee is not the employer of Defendant.

7. The garnishment applied for herewith is not sought to injure the Defendant or Garnishee.

APPLICATION FOR WRIT OF GARNISHMENT
Page 2 of 3
\\LFSERVER\Freds Files\Clients331-340\60335\GARNISHMENT-MARCH 2020\APPLICATION.FOR WRIT OF GARNISHMENT.wpd

FINKELSTEIN LAW OFFICE, PLLC
2208 NW Market Street, Suite 407
Seattle, Washington 98107
(206) 587-2332

1  I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

2

3  DATED this 6 day of March, 2020, at Seattle, Washington.

4

5  FINKELSTEIN LAW OFFICE, PLLC

6

7  _____
   Fred S. Finkelstein, WSBA# 14340
   Attorney for Plaintiff/Judgment Creditor

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**APPLICATION FOR WRIT OF GARNISHMENT**
Page 3 of 3
\\LFSERVER\Freds Files\Clients331-340\60335\GARNISHMENT-MARCH 2020\APPLICATION.FOR WRIT OF GARNISHMENT.wpd

**FINKELSTEIN LAW OFFICE, PLLC**
2208 NW Market Street, Suite 407
Seattle, Washington 98107
(206) 587-2332