THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C&C OFFSET PRINTING CO. (USA), INC., | CASE NO. C20-0556-JCC |
| Plaintiff, | ORDER |
| v. | |
| LONE PINE PUBLISHING COMPANY, | |
| Defendant, | |
| and | |
| AMAZON.COM, INC. | |
| Garnishee. | |

This matter comes before the Court on Lone Pine Publishing, Inc.'s motion for attorney's fees (Dkt. No. 17). Having thoroughly considered the parties' briefing and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

**I.     BACKGROUND**

Plaintiff applied for a writ of garnishment against Amazon.com on March 6, 2020, seeking to garnish funds belonging to "Lone Pine Publishing Company." (Dkt. No. 15 at 2.) Amazon then placed a hold on funds owed to Lone Pine Publishing, Inc.—a different company—and Lone Pine Publishing, Inc. moved to quash the writ of garnishment. (*Id.*) The

ORDER
C20-0556-JCC
PAGE - 1

Court granted the motion along with Lone Pine Publishing, Inc.'s request for reasonable attorney fees and costs contained therein. (*Id.* at 8.) Lone Pine Publishing, Inc. now moves for an award of attorney fees and costs totaling $11,546.00. (Dkt. No. 17.)

## II.  DISCUSSION

Wash. Rev. Code § 6.27.230 dictates that once a garnishment answer is controverted, the costs of the proceeding, including reasonable attorney fees, will be awarded to the prevailing party. Lone Pine Publishing, Inc. prevailed in its motion to quash. (Dkt. No. 15 at 8). Thus, Lone Pine Publishing, Inc. is entitled to reasonable attorney fees and costs incurred in bringing that motion. Wash. Rev. Code. § 6.27.230. The total of fees and evidence as to the reasonableness of such fees can be found in the attached declaration of Bryan C. Graff and the included time report. (Dkt. Nos. 18, 18-1). The Court finds the fees to be reasonable.

In addition, under the Court's local rules, "if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." W.D. Wash. Local Civ. R. 7(b)(2). Plaintiff has failed to oppose Lone Pine Publishing, Inc.'s request for attorney fees and costs. The Court construes this failure as an admission that the request is reasonable.

## III.  CONCLUSION

For the foregoing reasons, the Court GRANTS Lone Pine Publishing, Inc.'s motion for attorney's fees (Dkt. No. 17) is GRANTED.

DATED this 15th day of July 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE