THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C&C OFFSET PRINTING CO. (USA), INC., | CASE NO. C20-0556-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| LONE PINE PUBLISHING COMPANY, | |
| Defendant, | |
| and | |
| AMAZON.COM, INC. | |
| Garnishee | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This case began when Plaintiff filed an application for a writ of garnishment. (*See* Dkt. No. 1.) The Court issued the writ but later quashed it and ordered the payment of attorney fees. (*See* Dkt. Nos. 3, 15, 20.) It does not appear that a live controversy remains. Accordingly, Plaintiff is ORDERED to show cause by no later than December 20, 2021 why this case should not be closed.

MINUTE ORDER
C20-0556-JCC
PAGE - 1

1 | DATED this 13th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk