THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| C&C OFFSET PRINTING CO. (USA), INC., | CASE NO. C20-0556-JCC |
| Plaintiff, | ORDER |
| v. | |
| LONE PINE PUBLISHING COMPANY, | |
| Defendant, | |
| and | |
| AMAZON.COM, INC. | |
| Garnishee. | |

This matter comes before the Court *sua sponte*. The Court recently ordered Plaintiff to show cause why this case should not be closed. (*See* Dkt. No. 21.) Plaintiff has failed to provide a timely response. Accordingly, the Court DIRECTS the Clerk to close this case.

DATED this 21st day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C20-0556-JCC
PAGE - 1